Return To:
HARBORSIDE FINANCIAL NETWORK, INC.
MIKE FERGUSON
334 VIA VERA CRUZ, STE 254, SAN MARCOS, CA 92069 0023-0071

Prepared by:
NATIONS DIRECT
1801 E. EDINGER, SUITE 255
SANTA ANA, CA    92705

Tax Map Reference #:

RPC/Parcel ID #:

---------[Space Above This Line For Recording Data]---------

LOAN NO.:               DEED OF TRUST

MIN

# NOTICE: THIS LOAN IS NOT ASSUMABLE WITHOUT THE APPROVAL OF THE DEPARTMENT OF VETERANS AFFAIRS OR ITS AUTHORIZED AGENT.

The following information, as further defined below, is provided in accordance with Virginia law:

This Deed of Trust is given by    SHARON L. GRAY, UNMARRIED

, as Borrower (trustor), to    FIRST AMERICAN TITLE INSURANCE COMPANY

, as Trustee, for the benefit of Mortgage Electronic Registration Systems, Inc. as beneficiary.

DEFINITIONS

Words used in multiple sections of this document are defined below and other words are defined in Sections 3, 11, 13, 18, 20 and 21. Certain rules regarding the usage of words used in this document are also provided in Section 16.

VIRGINIA-Single Family-Fannie Mae/Freddie Mac UNIFORM INSTRUMENT WITH MERS    Form 3047  1/01

-68(VA) (0405)

Page 1 of 15    Initials: _____

VMP MORTGAGE FORMS

Certified To Be
True and Accurate Copy
By: _____
NATIONS DIRECT
Lender and Ins. Svcs, Inc.

LOAN NO.

(A) "Security Instrument" means this document, which is dated   DECEMBER 27, 2002
together with all Riders to this document.

(B) "Borrower" is   SHARON L. GRAY, UNMARRIED

Borrower is the trustor under this Security Instrument.

(C) "Lender" is   HARBORSIDE FINANCIAL NETWORK, INC.

Lender is a   A CALIFORNIA CORPORATION
organized and existing under the laws of   CALIFORNIA
Lender's address is   334 VIA VERA CRUZ, STE 254, SAN MARCOS, CA 92069

(D) "Trustee" is   FIRST AMERICAN TITLE INSURANCE COMPANY

Trustee (whether one or more persons) is a Virginia resident and/or a United States- or Virginia-chartered corporation whose principal office is located in Virginia. Trustee's address is

"Trustee" is

Trustee (whether one or more persons) is a Virginia resident and/or a United States- or Virginia-chartered corporation whose principal office is located in Virginia. Trustee's address is

(E) "MERS" is Mortgage Electronic Registration Systems, Inc. MERS is a separate corporation that is acting solely as a nominee for Lender and Lender's successors and assigns. MERS is the beneficiary under this Security Instrument. MERS is organized and existing under the laws of Delaware, and has an address and telephone number of P.O. Box 2026, Flint, MI 48501-2026, tel. (888) 679-MERS.

(F) "Note" means the promissory note signed by Borrower and dated   DECEMBER 27, 2002
The Note states that Borrower owes Lender  ONE HUNDRED TWO THOUSAND THREE HUNDRED
TWENTY SIX AND NO/100 -------------------------------------------- Dollars
(U.S. $   102,326.00   ) plus interest. Borrower has promised to pay this debt in regular Periodic Payments and to pay the debt in full not later than   JANUARY 01, 2033   . The interest rate stated in the Note is   SIX AND 37/100
                                                                percent (   6.375   %).
If this Security Instrument is an adjustable rate mortgage loan, this initial rate is subject to change in accordance with the attached Adjustable Rate Rider.

(G) "Property" means the property that is described below under the heading "Transfer of Rights in the Property."

Certified To Be A
True and Accurate Copy
By: _____
NATIONS DIRECT
Lender and Ins. Svcs, Inc

-6B(VA)   Form 3047  1/01

Loan Number: ██████

Borrower:
GRAY, SHARON L.
2440 AMBLER AVENUE
NORFOLK, VA 23513

Creditor:
Harborside Financial Network, Inc
334 Via Vera Cruz, Ste. 254
San Marcos, CA 92069

# EXHIBIT "A"

APN #:  0023-0071

Legal description as follows:

ALL THAT CERTAIN LOT, PIECE OR PARCEL OF LAND, TOGETHER WITH THE BUILDINGS AND IMPROVEMENTS THEREON, LYING, SITUATE AND BEING IN THE CITY OF NORFOLK, VIRGINIA, AND KNOWN, NUMBERED AND DESIGNATED AS LOT NUMBERED EIGHTEEN (18) IN BLOCK "B", ON THAT CERTAIN PLAT ENTITLED "REVISED PLAT OF NORTH FOX HALL PROPERTY OF PEHR LAND CORPORATION" SAID PLAT BEING DULY RECORDED IN THE CLERK'S OFFICE OF THE CIRCUIT COURT OF THE CITY OF CHESAPEAKE, VIRGINIA, IN MAP BOOK 23, AT PAGES 71 AND 72, TO WHICH REFERENCE IS HEREBY MADE FOR A MORE PARTICULAR DESCRIPTION.

Certified To Be A
True and Accurate Copy
By _____
NATIONS DIRECT
Lender and Ins. Svcs, Inc.

7280555